IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:   LLOYD SMITH AND                                    CASE NO.: 05-55212 NPO
         CAREY SMITH, DEBTORS                                            CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

Kimberly R. Lentz, Chapter 7 Trustee submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:   LLOYD AND CAREY SMITH  (Surplus Funds to Debtors)

AMOUNT:  $3,647.74

REASON:  The envelope addressed to the Debtors was returned to the Trustee as not deliverable as addressed and unable to forward.

Respectfully Submitted on this 18th day of February, 2010.

Respectfully Submitted,
KIMBERLY R. LENTZ, TRUSTEE

By: /s/ *Kimberly R. Lentz*
    KIMBERLY R. LENTZ, (BAR NO. 8986)

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Cecil G. Woods, Jr., Attorney for the Debtors: woods4law@yahoo.com

I further certify that I have mailed a true and correct copy of said document to:

Lloyd and Carey Smith
7805 Rue Morgan
Ocean Springs, MS 39564-6055

This the 18th day of February, 2010.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

| | |
|---|---|
| KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 | UNCLAIMED FUNDS |

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**3004**

| DATE | AMOUNT |
|---|---|
| 2/18/2010 | *******3,647.74 |

## 2330997

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-55212 | Debtor: SMITH, LLOYD<br>Joint Debtor: SMITH, CAREY |

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

*Three Thousand Six Hundred Forty Seven Dollars And 74/100*

RECEIVER, TRUSTEE, DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003004⑈ ⑆111000012⑆ 4437261528⑈

| Date: 2/18/2010 | Check Number: 3004 | Amount: $3,647.74 |
|---|---|---|
| Case Number 05-55212<br>Debtor Name: SMITH, LLOYD | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: | KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4437261528